

NUMBER 13-15-00431-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

THUNDER ROSE ENTERPRISES, INC.
AND MICHAEL J. PALMER,                                    Appellants,

v.

BILLY R. KIRK AND KIRK OILFIELD
EQUIPMENT SALES, INC.,                                    Appellees.

**On Appeal from the 24th District Court
of Goliad County, Texas.**

# ORDER

**Before Justices Garza, Perkes, and Longoria
Order Per Curiam**

On December 8, 2015, appellants, Thunder Rose Enterprises, Inc. and Michael J. Palmer, filed a notice of bankruptcy in this appeal. According to the notice, appellant Michael J. Palmer filed a bankruptcy petition on December 7, 2015, in the United States Bankruptcy Court for the Eastern District of Texas.

Upon the filing of a bankruptcy petition, an automatic stay becomes effective which prohibits the commencement or continuation of any judicial action or proceeding against the debtor and any property within the debtor's bankruptcy estate. *See* 11 U.S.C.A. ' 362(a). Pursuant to Rule 8.2 of the Texas Rules of Appellate Procedure, the appeal is suspended. *See* TEX. R. APP. P. 8.2.

Accordingly, this appeal is ABATED until further order of this Court. Any documents filed subsequent to the bankruptcy petition will remain pending until the appeal is reinstated. The parties are directed to take such action as is appropriate to advise the Court of any change in the status of the bankruptcy proceeding which would affect the status of this appeal, including but not limited to, the filing of a motion to reinstate pursuant to Texas Rule of Appellate Procedure 8.3. *See id.* 8.3.

PER CURIAM

Delivered and filed the
11th day of December, 2015.